<div style="display:flex;justify-content:space-between;">
<div>*ADMITTED TO NEW JERSEY & NEW YORK BAR<br>NEW JERSEY CERTIFIED CRIMINAL TRIAL ATTORNEY</div>
<div align="center"><b>Robert J. DeGroot</b><br>ATTORNEY AT LAW<br>56 PARK PLACE<br>NEWARK, NEW JERSEY 07102<br>(973) 643-1930<br>FAX NO. (973) 643-7231</div>
<div>EMAIL ADDRESS<br>RobertJDeGroot@aol.com</div>
</div>

July 21, 2011

Hon. Stanley Chesler, D.C.J.
U.S. District Court, District of New Jersey
Frank R. Lautenberg, U.S.P.O. Courthouse Bldg.
Federal Square- P.O. Box 999
Newark, N.J. 07101

    Re: USA v. Juan Gomez
    Case No. 2:11-cr-00292-SRC
    My File No. 3131D

Dear Judge Chesler:

    Please be advised that I represent Juan Gomez in the above captioned matter. Mr. Gomez has already entered a guilty plea and is awaiting sentencing. Mr. Gomez seeks permission from the Court to participate in a softball league/family outing every Thursday from 5 P.M. - 11 P.M. at the River and Marshall Parks in Paterson, N.J. Defendant would be required to return home by 11:30 P.M.

    I have discussed this request with the Assistant United States Attorney Robert Frazer who consents to the request. I have also discussed this request with the United States Pretrial Services who advise me that they do not take a position on the request.

                              Respectfully,

                              Robert J. DeGroot, Esq.

RJD: on

cc: Robert Frazer, AUSA
    Kelly Domingues, Pretrial Services

It is SO ORDERED that the Defendant may participate in a softball league/family outing with the terms enumerated in the above paragraphs and it is further ordered that all other such conditions of the Defendant's pre-sentence release shall remain in effect.

                            Hon. Stanley R. Chesler, U.S.D.C.J.    8/15/2011