Robert J. DeGroot, Esq.
56 Park Place
Newark, N.J. 07102
Attorney for Plaintiff
(973) 643-1930

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | ORDER |
| vs. | : | 11-cr-00292-SRC |
| JUAN GOMEZ, | : |  |
| Defendant. | : |  |

This matter having been opened to the Court upon application by Robert J. DeGroot, Esq., Attorney for Juan Gomez, and based upon the representation made by Robert DeGroot, Esq., from information supplied by Juan Gomez and his wife Mayra Polanco and it appearing from that information that the father of Mayra Polanco who resides in the Dominican Republic is seriously ill and the said Myra Polanco is desirous of visiting her father, and the Consent of Robert Frazer, the Assistant United States Attorney having been given, orally to Robert DeGroot, for this application and

IT FURTHER APPEARING that pretrial services having expressed no objection,

IT IS ON THIS _____4_____ day of _Spt_, 2012.

ORDERED that the passport of Myra Polanco shall be returned to her and the conditions of the Defendant Juan Gomez's bail be amended so that his pretrial release shall continue until further Order of the Court; and the Order of the pretrial release is amended to permit the release of the passport of Myra Polanco to her for purposes of visitation with her father.

_____
Hon. Stanley Chesler, U.S.D.C.J.

Consenting to the form and entry of this Order:

_____
Robert J. DeGroot, Esq.
Attorney for Defendant

_____
Robert Frazer, A.U.S.A.