ROBERT J. DE GROOT, ESQ. 9835
56 Park Place
Newark, New Jersey 07102
(973) 643-1930
Attorney for Defendant Juan Gomez

IN THE UNITED STATES OF DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :          CRIMINAL NO. 11-cr-00292-SRC

VS.                               :

JUAN GOMEZ,                       :                    ORDER

_____

   THIS MATTER, being opened to the Court by Robert J. De Groot, Esq., attorney

for Defendant Juan Gomez; and based upon the representation made by Robert J. DeGroot, Esq.,

from information supplied by Juan Gomez and his wife Mayra Polanco and it appearing that

from that information that the father of Mayra Polanco who resides in the Dominican Republic is

seriously ill and the said Myra Polanco is desirous of visiting her father with her two children

Arleny Gomez and Ottoniel Perez; and the consent of Robert Frazer, the Assistant U.S. Attorney

having been given orally to Robert J. DeGroot for this application and for good cause appearing;

and

   IT FURTHER appearing that Pretrial Services having expressed no objection

thereto;

   IT IS, on this 5th day of September 2012,

   ORDERED that the passports of Myra Polanco, Arleny Gomez and Ottoniel Perez

shall be returned to Myra Polanco and the conditions of the Defendant Juan Gomez's bail be

amended so that his pretrial release shall continue until further Order of the Court; and the Order

of the pretrial release is amended to permit the release the three passports of Myra Polanco,

Arleny Gomez and Ottoniel Perez to Ms. Polanco for purposes of visitation with her father in the

Dominican Republic.

_____
STANLEY CHESLER
UNITED STATED DISTRICT COURT JUDGE


I hereby consent to the form and entry
of the within Order.



_____
ROBERT FRAZER, U.S. ATTORNEY